UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BAITING JIANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNTV TELEVISION LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01293-LB<br><br>**JUDGMENT** |

On October 8, 2021, the court granted KNTV's motion to strike under California Code of Civil Procedure § 425.16. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of KNTV and against Baiting Jiang. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 8, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

JUDGMENT – No. 21-cv-01293-LB