1  Baiting Jiang

2  3804 Goldfinch Terrance,

   Fremont, CA 94555

3  E-mail: tinglaw218@gmail.com
   (626) 438-7029

4  Plaintiff

5
   Lanjiao Qin

6  3804 Goldfinch Terrance,

   Fremont, CA 94555

7  (626) 438-7029

   Plaintiff

8

9

10

11           IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NORTHERN CALIFORNIA

12

13  BAITING JIANG, an individual; Lanjiao       Case No. 3:21-CV-01293-LB
    Qin, an individual; DOES 1-100, inclusive,

14                                              **PLAINTIFFS' REQUEST FOR PERMISSION
            Plaintiffs.                         TO FILE DOCUMENTS UNDER SEAL IN
15                                              SUPPORT OF:**
    Vs.

16                                              **PLAINTIFF'S MOTION FOR RELIEF FROM
    NBCUIVERSAL MEDIA, LLC, a Limited           THE COURT'S ORDER ENTERED ON
17  Liability Company, NBCUniversal Media,      OCTOBER 15, 2024, AND REQUEST TO
    INC, a Corporation; Brian L. Roberts, an    ALLOW PLAINTIFF TO FILE CORRECTED
18  Individual; Comcast Corporation, a          OPPOSITION TO DEFENDANT'S MOTION
    Corporation and DOES 1-100, inclusive,      TO DISMISS WITHIN 90 DAYS**

19
            Defendants.                         **PLAINTIFF'S MOTION TO AMEND
20                                              COMPLAINT**

21                                              **PLAINTIFF'S OPPOSITION TO
                                                DEFENDANTS' MOTION TO DISMISS**
22

23                                              Complaint Filed: February 22, 2021

24

1

2

**PLAINTIFFS' REQUEST FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF:**

3

**PLAINTIFF'S MOTION FOR RELIEF FROM THE COURT'S ORDER ENTERED ON OCTOBER 15, 2024, AND REQUEST TO ALLOW PLAINTIFF TO FILE CORRECTED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN 90 DAYS**

4

5

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

6

7

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

8

9
     1.     On October 31, 2024, the Plaintiffs found new evidence they would like to attach

10
to their motions. On November 6, 2024, Baiting Jiang attempted to file this supporting evidence,

including two witnesses' declarations under seal through the electronic court filing (ECF);

11
however, we were not allowed to file our evidence under seal. This is the first time we were unable

12
to file our evidence under seal without being given any notice of our forbiddance in advance.

13
Filing sealed evidence is necessary in this situation since this case involves sealed criminal cases,

14
eviction cases, and evidence that has already been tampered with by the Defendants; evidence

15
tampering violates Federal law regarding the preservation of evidence during litigation.

16
Additionally, allowing the documents to be sealed protects the safety and privacy of Plaintiff

Baiting Jiang, a victim of sexual assault.

17
     2.     Since the Court blocked Plaintiff Jiang from filing any documents under seal after

18
Jiang found new evidence on October 31, 2024, we are filing the documents with redactions first.

19
After the Court permitted us to file the documents under seal, we will file the unredacted version

20
later.

21

22
     We declare under penalty of perjury under the laws of the United States of America that the

23
foregoing is true and correct.

24

25

Executed on November 12, 2024, in San Francisco, California.


*Baiting Jiang*

**Baiting Jiang**


*Lanjiao Qin*

**Lanjiao Qin**