UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BAITING JIANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KNTV TELEVISION LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-01293-LB<br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE** |

This lawsuit arises from news reports by KNTV Television LLC (branded on air and on its website as NBC Bay Area) about a dispute involving plaintiff Baiting Jiang, her former landlord, and members of the landlord's family involving claims of harassment and restraining orders, all during the COVID-19 pandemic. The case started with Ms. Jiang's single claim of defamation and now involves more than forty claims and her attempt to include her mother, Lanjiao Qin, as a plaintiff. Both plaintiffs are representing themselves and proceeding in forma pauperis. Ms. Jiang's lawsuit has no merit: at its core, she complains about defamation, a claim that fails as a matter of law because KNTV's reporting about official records and proceedings is privileged. Her other claims are derivative of this claim and fail too. Putative plaintiff Lanjiao Qin lacks standing.

The reasons for these conclusions are set forth in the attached order, filed at ECF No. 218. The court severed Ms. Qin into a separate case and issued a report and recommendation for dismissal.

ORDER – No. 21-cv-01293-LB

The district judge then dismissed Ms. Qin's case.[1] The court now dismisses Ms. Jiang's case with prejudice and will separately enter judgment in favor of the defendants.

**IT IS SO ORDERED.**

Dated: March 10, 2025

LAUREL BEELER
United States Magistrate Judge

---

[1] Order – ECF No. 219; *Qin v. KNTV Televison LLC*, No. 25-cv-00676-RFL, R. & R – ECF No. 3, *adopted*, Order – ECF No. 5.