UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BAITING JIANG, et al., | Case No. 21-cv-01293-LB |
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| KNTV TELEVISION LLC, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Rita F. Lin to consider whether the case is related to *Qin v. KNTV Television LLC*, No. 25-cv-00676-RFL. This low-numbered case now has consent issues in the form of unserved defendants who appear on the docket (albeit without the court's permission). *Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017) (all parties, including unserved defendants, must consent to magistrate-judge jurisdiction under 28 U.S.C. § 636(c)(1)). In an earlier order, the court dismissed the entire case with prejudice, addressing only the defendants it deemed part of the operative complaint.[1] On appeal, the Ninth Circuit vacated the court's dismissal and remanded because some unserved defendants did not consent to magistrate-judge jurisdiction.[2] The solution is a

---

[1] Order – ECF No. 230.

[2] Order, No. 25-1402 – ECF No. 270 (9th Cir. Nov. 21, 2025); Mandate, *id.* – ECF No. 277 (9th Cir. Dec. 15, 2025).

ORDER ─ No. 21-cv-01293-LB

report and recommendation for dismissal for the reasons set forth in the court's earlier dismissal order. The court has separately filed a report and recommendation for dismissal in the low-numbered case, flagging that the related-case issue will be referred first to the court in No. 25-cv-00676-RFL for a determination about whether the cases should be related, and, if deemed not related, for reassignment to a randomly selected district judge.

**IT IS SO ORDERED.**

Dated: December 23, 2025

_____
LAUREL BEELER
United States Magistrate Judge