UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAITING JIANG, et al.,

        Plaintiffs,

      v.

KNTV TELEVISION LLC, et al.,

        Defendants.

Case No. 21-cv-01293-RFL

**ORDER DENYING MOTION FOR REFERRAL TO FEDERAL PRO BONO PROJECT**

Re: Dkt. No. 289

Self-represented Plaintiff's motion for referral to the Federal Pro Bono Project for appointment of counsel is **DENIED** because this action was dismissed upon the adoption of Magistrate Judge Laurel Beeler's report and recommendation. (*See* Dkt. No. 287.) Plaintiff states that because of her "status as a pro se litigant, Plaintiff was unaware that the Magistrate Judge had issued a Report and Recommendation and was unaware of the deadline to file objections to that Report and Recommendation." (*See* Dkt. No. 289 at ECF Page 2.) The Court's records, however, indicate that Plaintiff was served with the report and recommendation, and she does not state otherwise. Moreover, the docket reflects that Plaintiff has responded to court orders on multiple occasions and does not appear lacking in the capacity to do so. (*See, e.g.*, Dkt. Nos. 273, 278.)

      **IT IS SO ORDERED.**

Dated: January 21, 2026

RITA F. LIN
United States District Judge

1